IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVONEZIO GALVAO, JR.,

    Plaintiff,

  v.

ROBERT MUELLER,

    Defendant.
                                   /

No. C 05-01623 WHA

**ORDER DISMISSING CASE**

Now that the ten-day objection period has passed, the Court adopts the report and recommendation by Magistrate Judge Bernard Zimmerman, issued on August 8, 2005.  For the reasons given therein, the complaint is **DISMISSED** for failure to state a claim and for failure to prosecute this action.

    **IT IS SO ORDERED.**

Dated: August 25, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE